UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ZESTY PAWS LLC,<br><br>    Plaintiff/Counterclaim Defendant,<br><br>v.<br><br>NUTRAMAX LABORATORIES, INC. and NUTRAMAX LABORATORIES VETERINARY SCIENCES, INC.,<br><br>    Defendants/Counterclaim Plaintiffs. | Case No. 1:23-cv-10849-LGS |

**NOTICE OF PLAINTIFF/COUNTERCLAIM DEFENDANT
ZESTY PAWS' MOTION TO EXCLUDE THE
REPORT AND OPINIONS OF NATHAN NOVEMSKY, Ph.D.**

PLEASE TAKE NOTICE that, upon the accompanying Memorandum of Law in Support of Plaintiff/Counterclaim Defendant Zesty Paws LLC's ("Zesty Paws") Motion to Exclude the Report and Opinions of Nathan Novemsky, Ph.D. submitted in support of Defendants/Counterclaim Plaintiffs Nutramax Laboratories, Inc. and Nutramax Laboratories Veterinary Sciences, Inc.'s (collectively, "Nutramax Labs") Motion for a Preliminary Injunction, the Declaration of Richard A. Edlin in Support of Zesty Paws' Motion to Exclude the Report and Opinions of Nathan Novemsky, Ph.D. and exhibits thereto, Zesty Paws will, pursuant to Fed. R. Evid. 702, move this Court for an Order excluding the report and opinions of Nathan Novemsky, Ph.D., and for such other and further relief as this Court may deem just and proper.

2

Dated: New York, New York
       January 9, 2024                 Respectfully submitted,

                                         GREENBERG TRAURIG, LLP

                                         By: /s/ *Richard A. Edlin*
                                                 Richard A. Edlin
                                                 Anne C. Reddy
                                                 Noah Lindenfeld
                                                 One Vanderbilt Avenue
                                                 New York, New York 10017
                                                 (212) 801-9200
                                                 edlinr@gtlaw.com
                                                 reddya@gtlaw.com
                                                 noah.lindenfeld@gtlaw.com

                                                 *Attorneys for Plaintiff/Counterclaim*
                                                 *Defendant Zesty Paws LLC*