UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
                                                :

ZESTY PAWS LLC,                        :

                      Plaintiff,      :

                                          :            23 Civ. 10849 (LGS)

-against-                              :

                                        :                 <u>ORDER</u>

NUTRAMAX LABORATORIES, INC., et al.,   :

                            Defendants.   :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, an in-person preliminary injunction hearing has been scheduled to take place on April 16, 2024, at 10:00 A.M.;

        WHEREAS, on February 2, 2024, the parties filed a joint letter regarding a proposed schedule in connection with pre-hearing matters.  It is hereby

        **ORDERED** that the deadlines proposed in Sections I through III of the letter are adopted by this Court.  Any supplemental or additional declarations of individuals who have previously submitted a declaration in connection with the motions for preliminary injunction or temporary restraining order shall be filed by **March 4, 2024**.  Any declarations of individuals who will serve as fact witnesses who have not previously submitted a declaration shall be filed by **March 15, 2024**.  Any declarations of individuals who will serve as expert witnesses who have not previously submitted a declaration shall be filed by **March 25, 2024**.  All pre-hearing depositions shall be completed by **April 9, 2024**.  All pre-hearing requests for production shall have been served by **February 5, 2024**, with responses and objections to be filed by **February 14, 2024.**  The parties shall serve initial disclosures by **February 7, 2024**.  The parties shall substantially complete document production by **March 8, 2024**.  It is further

**ORDERED** that the parties shall file a status letter by **February 27, 2024**.  A pre-hearing conference will be scheduled if necessary.  It is further

**ORDERED** that, in light of the parties' already extensive submissions on the issue of injunctive relief, no pre-hearing memoranda of law shall be filed.  Instead, the parties shall include in their final pre-hearing order, previously scheduled to be filed by March 28, 2024, a list of the disputed issues of fact to be determined at the hearing.  Although the final pre-hearing order is required to include an exhibit list with objections, any objections will go to the weight of the evidence rather than admissibility.  It is further

**ORDERED** that each side is allotted two hours for the hearing, which includes both direct and cross examination, as well as any colloquy in between.  Each side is also allotted fifteen minutes for an opening statement, but no oral summations will be heard.

Dated: February 6, 2024
      New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE