```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
   ZESTY PAWS LLC,                                           :
                                  Plaintiff,                 :
                                                             :         23 Civ. 10849 (LGS)
   -against-                                                 :
                                                             :               ORDER
   NUTRAMAX LABORATORIES, INC., et al.,                      :
                                  Defendants.                :
------------------------------------------------------------ X
```

LORNA G. SCHOFIELD, District Judge:

WHEREAS, a preliminary injunction hearing was held on April 16, 2024.  It is hereby

**ORDERED** that, by **April 30, 2024**, the parties shall file (1) a joint letter with a list of exhibits introduced at the hearing and (2) their respective written summations, each not to exceed ten double-spaced pages.  To the extent a party or its expert relies on academic literature to establish an important issue of fact, that party shall either provide a link to the article or attach a copy of the article if it is not publicly accessible.  It is further

**ORDERED** that, by **April 30, 2024**, movants Nutramax Laboratories, Inc. and Nutramax Laboratories Veterinary Sciences, Inc. shall file a proposed preliminary injunction order and email chambers at Schofield_NYSDChambers@nysd.uscourts.gov with a courtesy copy in Word format.

Dated:  April 17, 2024
        New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE