UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
    ZESTY PAWS LLC,

                      Plaintiff,

    -against-                               23 Civ. 10849 (LGS)

    NUTRAMAX LABORATORIES, INC., et al.,     ORDER

                      Defendants.
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, Plaintiff and Defendants respectively have filed motions to seal documents filed in connection with Defendants' motion for a preliminary injunction;

       WHEREAS, some of the information the parties seek to redact or seal includes information from third-party Nielsen Consumer, LLC ("Nielsen").  It is hereby

       **ORDERED** that, by **June 4, 2024**, the party who seeks to file such information under seal shall (1) give sufficient notice to Nielsen such that Nielsen has an opportunity to assert the confidentiality of the information and (2) file a letter on the docket confirming the notice, including service of this Order.  If Nielsen chooses to assert the confidentiality of the information, Nielsen is advised that "[v]ague and unspecified business concerns, like confidential and related business interactions that could be used by corporate competitors in a detrimental manner, are broad, general, and conclusory allegations . . . insufficient to justify sealing."  *See Syntel Sterling Best Shores Mauritius Ltd. v. TriZetto Grp.*, No. 15 Civ. 211, 2021 WL 1541385, at *2 (S.D.N.Y. Apr. 20, 2021) (cleaned up).  It is further

       **ORDERED** that Nielsen shall file any letter asserting the confidentiality of the information, with specific references to the relevant information, by **June 14, 2024**.

Dated: May 31, 2024
       New York, New York

                                                  LORNA G. SCHOFIELD
                                                  UNITED STATES DISTRICT JUDGE