UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
ZESTY PAWS LLC,                                  :
                                Plaintiff,   :
                                                         :      23 Civ. 10849 (LGS)
                    -against-             :
                                                          :           **ORDER**
NUTRAMAX LABORATORIES, INC. ET AL., :
                                Defendants. :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, Defendants and Plaintiff each have requested a pre-motion conference in letters outlining their respective motions for a stay and for an anti-suit injunction. In each case, the adverse party filed a letter with arguments opposing. The court requested additional briefing in connection with the motion to stay.

       WHEREAS, the Court intends to deny the requests for a conference and adjudicate the underlying motions based on the parties' submissions. It is hereby

       **ORDERED** that, by **October 11, 2024**, any party may, but is not required to, supplement its prior submissions with additional argument or authority by filing a letter brief not to exceed two pages.

Dated: October 10, 2024
          New York, New York

                                                                  LORNA G. SCHOFIELD
                                                               UNITED STATES DISTRICT JUDGE