UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
ZESTY PAWS LLC,
                                Plaintiff,

                                23 Civ. 10849 (LGS)

         -against-

                                ORDER

NUTRAMAX LABORATORIES, INC. et al.,
                              Defendants.
-------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the appended communication from Ms. Jenny Rowland is deemed to be a motion to quash any further discovery requests in this action. It is hereby

      **ORDERED** that the motion is denied without prejudice to renewal, meaning that Ms. Roland may renew her request that she not be obligated to respond to further discovery requests when and if any party in this action seeks further discovery from her or her company, The Dot Collection Consulting, LLC. In that event, as with all discovery applications, Ms. Roland and the party seeking discovery shall communicate with each other in an effort to resolve the request without the Court's involvement. If they are unsuccessful in resolving the issue, Ms. Roland can raise her objections to the request by filing a renewed request on the docket instead of emailing the Court directly.

      If Ms. Rowland needs assistance in filing the request on the docket, she may contact the Pro Se Law Clinic. The Pro Se Law Clinic is not part of, or run by, the Court, and thus cannot accept filings on behalf of the Court, meaning that Ms. Rowland must still make her filings through the Court's Pro Se Intake Unit. If Ms. Rowland would like to make an appointment with the Pro Se Law Clinic to seek assistance, she could complete the City Bar Justice Center's intake form.

The parties shall provide Ms. Roland with a copy of this Order and file the proof of service on the docket.

Dated: October 22, 2024
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**

| | |
|---|---|
| **From:** | Jenny Rowland |
| **To:** | Schofield NYSD Chambers |
| **Subject:** | Subpoena for civil action 1:23-cv-10849 (LGS) |
| **Date:** | Friday, October 18, 2024 5:58:59 PM |

**CAUTION - EXTERNAL:**

Dear Judge Schofield-

I am writing to confirm that I have attempted to comply with a subpoena my company received signed by attorney Matthew W. Walch in the matter of Zesty Paws v Nutramax Laboratories.

My company ,The Dot Collection Consulting, LLC is not a party in the matter nor does the company have any direct interest. I merely conducted a round of qualitative consumer research for Nutramax two years ago. Nevertheless, I gave considerable effort to comply with the subpoena, spending many hours collecting digital materials in the manner requested.

I was unable to comply because the company listed "Veritex North Carolina, 6135 Park S Dr Charlotte, NC 28210" does not exist at the address given, nor in the city of Charlotte. When I called "Veritex North Carolina," the Durham, NC office -- after considerable back and forth and confusion, the representative I spoke with looked up the case number and said that it had a "canceled status" in the Veritex system. I am a single consultant with current projects to handle, and without a legal team. Trying to navigate the confusion on top of the request has been a challenge.

I humbly request to be removed from further requests in this matter, and wanted to provide a record of my attempt to comply.

Thank you for your consideration,
Jenny Rowland


--
Jenny Rowland
Principal and Founder
c: 336.829.2455
www.thedotcollectionws.com



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

**From:** Jenny Rowland
**To:** Schofield NYSD Chambers
**Subject:** Re: Subpoena for civil action 1:23-cv-10849 (LGS)
**Date:** Friday, October 18, 2024 6:08:09 PM

**CAUTION - EXTERNAL:**

Here is the subpoena referenced in my previous email.



On Fri, Oct 18, 2024 at 5:58 PM Jenny Rowland <jenny@thedotcollectionws.com> wrote:
> Dear Judge Schofield-
>
> I am writing to confirm that I have attempted to comply with a subpoena my company received signed by attorney Matthew W. Walch in the matter of Zesty Paws v Nutramax Laboratories.

My company ,The Dot Collection Consulting, LLC is not a party in the matter nor does the company have any direct interest. I merely conducted a round of qualitative consumer research for Nutramax two years ago. Nevertheless, I gave considerable effort to comply with the subpoena, spending many hours collecting digital materials in the manner requested.

I was unable to comply because the company listed "Veritex North Carolina, 6135 Park S Dr Charlotte, NC 28210" does not exist at the address given, nor in the city of Charlotte. When I called "Veritex North Carolina," the Durham, NC office -- after considerable back and forth and confusion, the representative I spoke with looked up the case number and said that it had a "canceled status" in the Veritex system. I am a single consultant with current projects to handle, and without a legal team. Trying to navigate the confusion on top of the request has been a challenge.

I humbly request to be removed from further requests in this matter, and wanted to provide a record of my attempt to comply.

Thank you for your consideration,
Jenny Rowland


--
Jenny Rowland
Principal and Founder
c: 336.829.2455
www.thedotcollectionws.com




--
Jenny Rowland
Principal and Founder
c: 336.829.2455
www.thedotcollectionws.com



**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.