UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
HEALTH AND HAPPINESS (H&H) US LLC,

                              Plaintiff,                            23 Civ. No. 10849 (LGS) (GS)

                  -against-

                                                                  **VIDEO CONFERENCE ORDER**

NUTRAMAX LABORATORIES, INC.
and NUTRAMAX LABORATORIES
VETERINARY SCIENCES, INC.,

                              Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       This action is scheduled for a Video Conference on **Tuesday, March 18, 2025 at 2:30 p.m.** to discuss the discovery disputes and related requests for relief raised in the parties' pending letter motions. (Dkt. Nos. 241, 246, 249, 251). The parties are directed to join the conference via Microsoft Teams at the scheduled time using the following link: Click here to join the meeting. **Meeting ID: [250 256 573 03]  Passcode: [gJ9GD6Sp]**

       SO ORDERED.

DATED:    New York, New York
                March 13, 2025

                                                                 _____
                                                                 GARY STEIN
                                                                 United States Magistrate Judge