UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                                       :

HEALTH AND HAPPINESS (H&H) US LLC,    :    23 Civ. 10849 (LGS) (GS)
                                                         :

           Plaintiff,                                     :    <u>ORDER</u>

                                                         :

      - against -                          :

NUTRAMAX LABORATORIES, INC. and       :
NUTRAMAX LABORATORIES VETERINARY :
SCIENCES, INC.,                                  :

           Defendants.                          :
------------------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

       As stated on the record during the March 18, 2025 conference before the undersigned, the parties shall submit a joint letter by no later than **March 31, 2025** informing the Court of the status of the parties' discovery dispute and which, if any, of their respective requests for relief remaining outstanding. (Dkt. Nos. 241, 246, 249, 251). As further discussed, Nutramax is directed to submit a letter by no later than **March 25, 2025** confirming that it requests the information redacted from Docket No. 245 to remain under seal and, if so, the basis for this request. Lastly, the Court finds that the limited information redacted from Docket No. 254, which was produced by a nonparty, consists of "sensitive, competitive, or proprietary business information" that serves to overcome the presumption of public access and may remain under seal. *Automated Mgmt. Sys., Inc. v. Rappaport Hertz Cherson Rosenthal, P.C.*, No. 16 Civ. 4762 (LTS) (KNF), 2022 WL 1450737, at *2 (S.D.N.Y. May 9, 2022) (citation omitted); *see also Brown v. Maxwell*, 929 F.3d 41, 50 (2d Cir. 2019) ("the presumption of public access in filings submitted in connection with discovery disputes . . . is generally somewhat lower than the presumption applied to material introduced at trial, or in connection with dispositive motions").

The Clerk of Court is respectfully directed to close the motion pending at Docket No. 252.

**SO ORDERED.**

Dated:    New York, New York
          March 19, 2025

_____
GARY STEIN
United States Magistrate Judge