UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ZESTY PAWS LLC,

                              Plaintiff,         23 Civ. No. 10849 (LGS) (GS)

        -against-

                                        **VIDEO CONFERENCE ORDER**

NUTRAMAX LABORATORIES, INC.
and NUTRAMAX LABORATORIES
VETERINARY SCIENCES, INC.,

                              Defendants.
-----------------------------------------------------------------X

**GARY STEIN, United States Magistrate Judge:**

      This action is scheduled for a Video Conference on **Tuesday, May 6, 2025 at 10:00 a.m.** with respect to Defendant's Letter-Motion for Conference on Motion to Strike (Dkt. No. 171). Counsel is directed to join the conference via Microsoft Teams at the scheduled time using the following link: **Join the meeting now**. [Meeting ID: 238 823 015 262 2] [Passcode: TP7wk72B].

      **SO ORDERED.**

DATED:    New York, New York
               May 2, 2025

                                                                      _____
                                                                      The Honorable Gary Stein
                                                                      United States Magistrate Judge