Steven N. Feldman
Direct Dial: +1.212.906.1821
steve.feldman@lw.com

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | San Diego |
| Düsseldorf | San Francisco |
| Frankfurt | Seoul |
| Hamburg | Silicon Valley |
| Hong Kong | Singapore |
| Houston | Tel Aviv |
| London | Tokyo |
| Los Angeles | Washington, D.C. |
| Madrid | |

# LATHAM & WATKINS LLP

July 10, 2025

**MEMO ENDORSED**

VIA CM/ECF

The Honorable Gary Stein
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Health and Happiness (H&H) US LLC v. Nutramax Laboratories, Inc.*, No. 1:23-cv-10849-LGS – Letter Motion for Adjournment of Discovery Hearing

Dear Judge Stein,

Pursuant to Rule I.G. of your Honor's Individual Practices in Civil Cases, the Health and Happiness (H&H) parties (together "Zesty Paws") respectfully request an adjournment of the video conference hearing currently scheduled for Thursday, July 17, 2025 at 10:00 am to discuss Plaintiff's Motion for Discovery Sanctions (Dkt. Nos. 291-92, 296). Counsel for Zesty Paws is unavailable on July 17. Counsel for Nutramax indicated by email on July 9, 2025 that Nutramax does not object to this request. This is the first request for an adjournment of this hearing date.

In accordance with Rule I.G, Zesty Paws proposes Tuesday, July 22 at any time or Wednesday, July 23 at any time for the adjourned hearing. Alternatively, counsel for Zesty Paws and Nutramax can be available any other date that week. Zesty Paws appreciates the Court's consideration of this request.

Respectfully submitted,

/s/ Steven N. Feldman
Steven N. Feldman
of LATHAM & WATKINS LLP

cc: All Counsel of Record (via CM/ECF)

---

Application granted. The July 17, 2025 Conference (Dkt. No. 296) is hereby adjourned to July 22, 2025 at 10:00 a.m. The parties are directed to join this rescheduled conference via the same Microsoft Teams information provided at Docket No. 296.

Date: July 14, 2025
      New York, NY

SO ORDERED:

*[signature]*

HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE