UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
ZESTY PAWS LLC,
                       Plaintiff,

          -against-

NUTRAMAX LABORATORIES, INC., et al.,
                       Defendants.
------------------------------------------------------------X

23 Civ. 10849 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on December 22, 2023, Counterclaim Plaintiffs Nutramax Laboratories, Inc. and Nutramax Laboratories Veterinary Sciences, Inc. (collectively, "Nutramax") moved for a preliminary injunction seeking to enjoin Plaintiff and Counterclaim Defendant Zesty Paws LLC ("Zesty Paws") from continuing to advertise sales superiority claims under the Lanham Act, 15 U.S.C. § 1125(a), New York General Business Law § 349 and § 350-a, and New York common law.

      WHEREAS, on June 4, 2025, Nutramax's preliminary injunction motion was granted.

      WHEREAS, on October 3, 2025, the United States Court of Appeals for the Second Circuit vacated the order granting the preliminary injunction.

      **ORDERED** that by **October 10, 2025**, the parties shall file letters with proposed next steps, if any, regarding the preliminary injunction motion.

Dated: October 7, 2025
       New York, New York

                                                            LORNA G. SCHOFIELD
                                                           UNITED STATES DISTRICT JUDGE