# ALSTON & BIRD

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel: 404-881-7000 | Fax: 404-881-7777

**MEMO ENDORSED**

**Jason D. Rosenberg**                Direct Dial: **404-881-7461**                Email: **jason.rosenberg@alston.com**

April 14, 2025

<u>**VIA CM/ECF**</u>

The Honorable Gary Stein
United States Courthouse
500 Pearl St.
New York, New York 10007

Re:    *Health and Happiness (H&H) US LLC v. Nutramax Laboratories, Inc., et. al.* (Case No.:
         1:23-cv-10849-LGS): Letter Motion to Seal/Redact Portions of Nutramax's Request for
         Conference on Motion to Strike

Dear Judge Stein:

Pursuant to Rule III.H. of this Court's Individual Practices in Civil Cases ("Practices"), Section 6 of the Southern District of New York's Electronic Case Filing Rules and Instructions ("Rules"), and Section VI of the Joint Protective Order (Dkt. 80), Counterclaim Plaintiffs Nutramax Laboratories, Inc. and Nutramax Laboratories Veterinary Sciences, Inc. (collectively, "Nutramax") respectfully request that the Court allow to be filed and maintained under seal portions of Nutramax's Letter Request for Conference on its Motion to Strike (the "Request"), also filed today, April 14, 2025.

Nutramax's request is limited to the portions of the Request that quote or otherwise disclose information from documents Counterclaim Defendant Health and Happiness (H&H) US LLC ("Zesty Paws") has designated as HIGHLY CONFIDENTIAL INFORMATION – OUTSIDE ATTORNEYS' EYES ONLY under Section III of the Joint Protective Order (Dkt. 80).

In accordance with the Practices, Rules, and Joint Protective Order, Nutramax is concurrently submitting a version of the Request with the proposed redactions highlighted, with access limited to the Court, Parties, and counsel of record identified in the Appendix attached hereto.

1

Respectfully Submitted,

Jason D. Rosenberg

cc: All Counsel of Record (via CM/ECF)

Application granted.  The Clerk of Court is respectfully directed to terminate the motion at Docket No. 269.
SO ORDERED.

Date:   January 14, 2026

Gary Stein
United States Magistate Judge
Southern District of New York

2

**Appendix 1: List of Counsel Designated to Access
The "Letter Request for Conference on Motion to Strike"**

All counsel of record may have access to the Letter Request for Conference on Motion to Strike:

**Counsel for Counterclaim Plaintiffs Nutramax Laboratories, Inc. and Nutramax Laboratories Veterinary Sciences, Inc.**

Jason D. Rosenberg
John E. Stephenson
Uly S. Gunn
Alan F. Pryor
Mary Grace Gallagher
Natalie C. Clayton
Elizabeth A. Buckel

**Counsel for Counterclaim Defendants Health and Happiness (H&H) US LLC & Health and Happiness (H&H) US International Incorporated**

Steven N. Feldman
Matthew W. Walch
Michael E. Bern
Kevin M. Jakopchek
Carl Joseph Bacon