# ALSTON & BIRD

**MEMO ENDORSED**

One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424
Tel: 404-881-7000 | Fax: 404-881-7777

**Mary Grace Gallagher**          Direct Dial: **404-881-4482**          Email: **marygrace.gallagher@alston.com**

January 21, 2026

Application GRANTED in accordance with the Court's ruling on Docket No. 360. The Clerk of Court is respectfully directed to maintain Docket No. 357 under seal and close the motion at Docket No. 356.

**VIA CM/ECF**

Date:    April 1, 2026

The Honorable Gary Stein
United States Courthouse
500 Pearl St.
New York, New York 10007

SO ORDERED:

HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE

**Re:    *Health and Happiness (H&H) US LLC v. Nutramax Laboratories, Inc., et. al.*,
No.: 1:23-cv-10849-LGS-GS: Letter Motion to Seal/Redact Portions of Nutramax's
Request for Conference on Motion to Strike**

Dear Judge Stein:

Pursuant to Rule III.H. of this Court's Individual Practices in Civil Cases ("Practices"), Section 6 of the Southern District of New York's Electronic Case Filing Rules and Instructions ("Rules"), and Section VI of the Joint Protective Order (Dkt. 80), Counterclaim Plaintiffs Nutramax Laboratories, Inc. and Nutramax Laboratories Veterinary Sciences, Inc. (collectively, "Nutramax") respectfully request that the Court allow to be filed and maintained under seal portions of Nutramax's Letter Motion for Conference on Motion to Strike (the "Letter Motion"), also filed today, January 21, 2026.

Nutramax's request is limited to portions of the Letter Motion that quote or otherwise disclose information from documents that Counterclaim Defendant Health and Happiness (H&H) US LLC ("Zesty Paws") has identified as Designated Material under Section III of the Joint Protective Order (Dkt. 80).

In accordance with the Practices, Rules, and Joint Protective Order, Nutramax is concurrently submitting under provisional seal a version of the Letter Motion with the proposed redactions highlighted. Nutramax will serve these documents on counsel of record for all parties pursuant to the recent Changes to Electronic Access to and Service of Sealed Documents announced on September 24, 2025.

Respectfully Submitted,

/s/ Mary Grace Gallagher
Mary Grace Gallagher

cc: All Counsel of Record (via CM/ECF)

1