**Steven N. Feldman**
Direct Dial: 1.212.906.1821
steve.feldman@lw.com

1271 Avenue of the Americas
New York, New York  10020-1401
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

# LATHAM&WATKINS LLP

**MEMO ENDORSED**

November 11, 2025

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Austin | Milan |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Chicago | Paris |
| Dubai | Riyadh |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Silicon Valley |
| Houston | Singapore |
| London | Tel Aviv |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |

**VIA CM/ECF**

The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:     *Health and Happiness (H&H) US LLC et al. v. Nutramax Laboratories, Inc., et. al.*
       **(Case No.: 1:23-cv-10849-LGS): Letter Motion to Seal/Redact Portions of
       Opposition to Nutramax's Pre-Motion Letter Regarding Summary Judgment and
       Related Exhibits (Dkt. 347)**

Dear Judge Schofield:

Pursuant to Rule I.D.3 of this Court's Individual Rules and Procedures for Civil Cases (the "Procedures"), Section 6 of the Southern District of New York's Electronic Case Filing Rules & Instructions (the "Rules"), and Section VI of the Joint Protective Order (Dkt. 80; the "PO"), Health and Happiness (H&H) US LLC ("Zesty Paws") respectfully requests that the Court allow to be filed and maintained under seal those portions of Zesty Paws' Opposition to Nutramax's Pre-Motion Letter Regarding Summary Judgment (the "Opposition") that quote, summarize, or disclose information from documents or testimony produced by Nutramax that Nutramax had previously designated under the PO as either Highly Confidential Information – Outside Attorneys' Eyes Only or Highly Confidential Information – Attorneys' Eyes Only. Similarly, Zesty Paws respectfully requests that the Court allow to be filed and maintained under seal the exhibits filed in support of the Opposition, all of which Nutramax has previously designated as Highly Confidential Information – Outside Attorneys' Eyes Only.

The attached exhibits are the same as those filed in support of Zesty Paws' July 8, 2025 Opposition to Nutramax's Pre-Motion Letter Regarding Summary Judgment (Dkt. 297, "Prior Opposition"). At the Court's request, Nutramax filed a letter motion to seal the Prior Opposition and the exhibits attached thereto (Dkt. 304). The Court granted Nutramax's request on July 21, 2025 (Dkt. 305).

In accordance with the Procedures, Rules, and PO, Zesty Paws is submitting an unredacted version of the Opposition with the proposed redactions highlighted, with PACER access limited to the Court. Copies thereof have been emailed, as agreed, to counsel identified in Appendix A.

**LATHAM&WATKINS** LLP

Respectfully submitted,

*/s/ Steven N. Feldman*
Steven N. Feldman
of LATHAM & WATKINS LLP

cc:  All Counsel of Record (via ECF)

Application GRANTED. "[T]he weight of the presumption [of public access] afforded to the pre-motion letter is less than that afforded to the summary judgment papers."  Coleman v. Cnty. of Suffolk, 174 F. Supp. 3d 747, 759 (E.D.N.Y. 2016), aff'd, 685 F. App'x 69 (2d Cir. 2017).  Accordingly, and since the material has been designated as confidential under the protective order in this case and there appears to be at least some basis for a claim that release of the material "might harm a litigant's competitive standing," In re Parmalat Sec. Litig., 258 F.R.D. 236, 244 (S.D.N.Y. 2009) (citation omitted), the Court finds that the presumption of public access has been overcome as to this filing. However, if this material is included in the summary judgment papers and there is a request to file it under seal, the Court will need to revisit the issue in light of the stronger presumption of access applicable on a summary judgment motion.  The Clerk of Court is respectfully directed to maintain Docket No. 349 under seal and close the motion at Docket No. 348.

Date:   April 1, 2026

SO ORDERED:

HON. GARY STEIN
UNITED STATES MAGISTRATE JUDGE

LATHAM&WATKINS LLP

## APPENDIX A

### Parties:

Health and Happiness (H&H) US LLC
Nutramax Laboratories, Inc.
Nutramax Laboratories Veterinary Sciences, Inc.
Health and Happiness U.S. International Incorporated

### Attorneys:

Steven N. Feldman, Health and Happiness (H&H) US LLC and Health and Happiness U.S. International Incorporated, steve.feldman@lw.com

Matthew W. Walch, Health and Happiness (H&H) US LLC and Health and Happiness U.S. International Incorporated, matthew.walch@lw.com

Michael Bern, Health and Happiness (H&H) US LLC and Health and Happiness U.S. International Incorporated, michael.bern@lw.com

Jason D. Rosenberg, Nutramax Laboratories, Inc. and Nutramax Laboratories Veterinary Sciences, Inc., Jason.Rosenberg@alston.com

Uly S. Gunn, Nutramax Laboratories, Inc. and Nutramax Laboratories Veterinary Sciences, Inc., Sam.Gunn@alston.com

Alan F. Pryor, Nutramax Laboratories, Inc. and Nutramax Laboratories Veterinary Sciences, Inc., Alan.Pryor@alston.com

Mary Grace Gallagher, Nutramax Laboratories, Inc. and Nutramax Laboratories Veterinary Sciences, Inc., MaryGrace.Gallagher@alston.com

Natalie C. Clayton, Nutramax Laboratories, Inc. and Nutramax Laboratories Veterinary Sciences, Inc., Natalie.Clayton@alston.com

Elizabeth A. Buckel, Nutramax Laboratories, Inc. and Nutramax Laboratories Veterinary Sciences, Inc., elizabeth.buckel@alston.com