UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------- X

ZESTY PAWS LLC,
Plaintiff,

-against-

NUTRAMAX LABORATORIES, INC., et al.,
Defendants.

---------------------------------------------------------- X

23 Civ. 10849 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the parties last filed a joint status letter on January 7, 2026 (Dkt. 354). It is hereby

**ORDERED** that by **August 28, 2026**, the parties shall file a joint letter apprising the Court of the matters identified in the Court's Individual Rule III(D)(3), as well as the matters addressed in the parties' last status letter (Dkt. 354), including any outstanding discovery, all scheduled deadlines, anticipated motions, settlement discussions, the Florida action and any other matters of note.

Dated: August 17, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE