UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| ZESTY PAWS LLC, Plaintiff, -against- NUTRAMAX LABORATORIES, INC., et al., Defendants. | : | 23 Civ. 10849 (LGS) **ORDER** |

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on November 18, 2025, the parties filed a Joint Update Regarding Discovery, Settlement and Summary Judgment Briefing in which Zesty Paws requested, and Nutramax opposed, a stay in this action (Dkt. 354).

WHEREAS, in the November 18, 2025, letter, Zesty Paws represented that the parallel action between the parties in the Middle District of Florida, *Health and Happiness (H&H) US LLC et al. v. Nutramax Laboratories Inc. et al.*, No 24 Civ. 10788 (M.D. Fla.) ("the Florida Action"), was set for the court's April 2026 trial term and that the Florida Action "should be resolved via summary judgment and/or trial relatively soon."

WHEREAS, if Zesty Paws were to prevail in the Florida Action, it would dispose of the action before this Court.

WHEREAS, on August 28, 2026, the parties filed a Joint Update Regarding Discovery, Settlement, and the Florida Action (Dkt. 372).

WHEREAS, in the August 28, 2026, letter, the parties explained that the Florida court granted Nutramax's Motion to Amend Case Schedule, reopening fact discovery for sixty days and staying all other deadlines to allow for discovery on Nutramax's affirmative defenses and counterclaims. In light of the reopening of discovery, the Florida court also adjourned the trial.

WHEREAS, discovery in the Florida Action is now closed, but the Florida court has not yet rescheduled the trial or pretrial deadlines. It is hereby

**ORDERED** that Zesty Paws' request for a stay is **DENIED** without prejudice to renewal by either or both parties when the Florida Action is set for trial.

**ORDERED** that the parties shall confer and, by September 16, 2026, shall submit a proposed summary judgment briefing schedule, allowing sufficient time to complete any remaining permitted discovery, which schedule should include any pre-motion letter to be filed by Zesty Paws.

Dated: September 1, 2026
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE